# Exhibit A

# Civil Court of the City of New York

**County of Bronx**

Index Number: **CV-010542-22/BX**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Rasheed Ahmad

Plaintiff(s)

-against-

Experian Informational Solutions LLC

Defendant(s)

TO BE SERVED
ON DEFENDANT

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE:
Where Cause of Action Arose

Plaintiff's Address (s) :
Rasheed Ahmad
3482 Boston Road
Suite 690327
Bronx, NY 10469

To the named defendant (s)

Experian Informational Solutions LLC (Deft), at 475 Anton Blvd, Costa Mesa, CA 92626

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Bronx at the office of the Clerk of the said Court at **851** **Grand Concourse, in the County of Bronx, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of  and interest  as detailed below.
Plaintiff's  work sheet may be attached for additional information  if deemed necessary by the clerk.

Date:November 14, 2022

**Alia Razzaq**

*Alia Razzaq*

**CHIEF CLERK**

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:

### *NOTE TO THE DEFENDANT

A) *If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within* **TWENTY** *days after such service; or*

B) *If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed* **THIRTY** *days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

C) *Following CPLR 321(a) corporations must be represented by an attorney.*

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:
PRINT NAME:    Rasheed Ahmad

FEE PAID

NOV 1 4 2022

CIVIL COURT
BRONX COUNTY