```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
RASHEED AHMAD,                                                     :
                                                                   :
                                  Plaintiff,                       :
                                                                   :         23-cv-2222 (LJL)
            -v-                                                    :
                                                                   :              ORDER
EXPERIAN INFORMATION SOLUTIONS, INC.,                              :
                                                                   :
                                  Defendant.                       :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023

LEWIS J. LIMAN, United States District Judge:

     On May 5, 2023, Defendant moved to dismiss this case for failure to state a claim. *Pro Se* Plaintiff's time to submit opposition papers ran on June 2, 2023. Plaintiff is directed to submit opposition papers on or before July 15, 2023, or the Court will treat Defendant's motion to dismiss as unopposed.

     SO ORDERED.

Dated: June 23, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                    United States District Judge