```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
RASHEED AHMAD,                                                 :
                                                               :
                              Plaintiff,                       :
                                                               :        23-cv-02222 (LJL)
                -v-                                            :
                                                               :              ORDER
EXPERIAN INFO. SOLS., INC.,                                    :
                                                               :
                              Defendant.                       :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On March 15, 2023, *pro se* Plaintiff Rasheed Ahmad's action Defendant Experian Information Solutions, Inc. was removed from state court.  Dkt. No. 1.  Defendant filed a motion to dismiss the complaint on May 5, 2023.  Dkt. No. 14.  Plaintiff filed his opposition to the motion to dismiss on July 14, 2023.  Dkt. No. 20.  Defendant filed its response in further support of its motion to dismiss on July 28, 2023.  Dkt. No. 21.  On December 14, 2023, the Court granted the motion to dismiss without prejudice to the filing of an amended complaint, giving Plaintiff until February 12, 2024 to replead.  Dkt. No. 24.  Plaintiff has failed to do so.  Accordingly, the case is DISMISSED.  The Clerk of Court is respectfully directed to close this case.

     SO ORDERED.

Dated: February 23, 2024
       New York, New York

                                                      LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2024